AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR 2 2008

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| WILFREDO LORA-VILLEL | CASE NUMBER: 08CR863-W&H |

I, <u>WILFREDO LORA-VILLEL</u>, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on  3-25-08  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X W. Lora V.
Defendant

Counsel for Defendant

Before _____
JUDICIAL OFFICER

Translated by: Danielle Leyva on 3/17/08