JUNE 06, 2008

JUN 0 6 2008

THE HONORABLE JUDGE THOMPSON

08CR 0863-GT
U.S. v. Lora-Villela

JUDGE THOMPSON,

    MAY I APPEAR BEFORE YOU TO ENTER A PLEA. I HAVE DISCUSSED THIS PROCEEDING WITH MY COUNSEL AND HAVE REVIEWED THE MATERIAL RELEVANT TO THIS CASE. I HAVE AGREED WITH THE PROSECUTION'S CONCLUSION. I WOULD LIKE TO THANK YOU AND THE COURT FOR YOUR PATIENCE AND DISCRETION INVOLVED WITH THE MATTER AT HAND.

    HOWEVER, I RESPECTFULLY REQUEST THAT YOU GRANT ME A REASONABLE PERIOD OF TIME TO GATHER AND PRESENT MATERIAL BEFORE YOU SENTENCE ME FOR CONSIDERATION. THERE IS A HARDSHIP ISSUE INVOLVED, MY FATHER IS SCHEDULED FOR SURGERY AND I AM WORRIED TERRIBLY THAT A HEALTHY RECOVERY WOULD BE JEOPARDIZED AS A RESULT OF THIS SENTENCE.

    I THANK YOU FOR YOUR TIME AND THE OPPORTUNITY I ADDRESS YOU BEFORE YOU GRANT TO REVIEW MY HUMBLE REQUEST.

SINCERELY YOURS,

WILFREDO LORA-VILLELA